ACCEPTED
14-15-00568-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/6/2015 4:58:50 PM
CHRISTOPHER PRINE
CLERK

NO. _____

**In the Court of Appeals
for the ___ District of Texas
Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/6/2015 4:58:50 PM

CHRISTOPHER A. PRINE
Clerk

**JINSUN LLC**

**Relator**

**ORIGINAL MANDAMUS PROCEEDING
FROM THE 113TH JUDICIAL TRIAL COURT OF HARRIS COUNTY, TEXAS**

**RELATOR'S NOTICE OF RELATED PROCEEDING**

Respectfully submitted,

/s/ Jason M. Hopkins

Mary-Olga Lovett
  State Bar No: 00789289
  lovettm@gtlaw.com
Jason S. Lewis
  State Bar No: 24007551
  lewisjs@gtlaw.com
Jason M. Hopkins
  State Bar No: 24059969
  hopkinsjm@gtlaw.com
**GREENBERG TRAURIG LLP**
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3555
Facsimile: (713) 374-3505

Dated: July 6, 2015

ORAL ARGUMENT REQUESTED

1

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Local Rule 1.3, Jinsun hereby gives notice that this proceeding arises from the same underlying case as the original proceeding docketed in the Fourteenth Court of Appeals as Case No. 14-14-00783-CV, *In re Kevan Casey, Jinsun LLC, and Far East Strategies LLC*. The underlying case is *Alattar, et al. v. Casey, et al.*, Case No. 2012-54501, pending before the 113th Judicial District Court of Harris County, Texas.

/s/ Jason M. Hopkins
Jason M. Hopkins

# CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of the foregoing Notice on the Respondent, Real Party in Interest, and all counsel of record in the case below on July 6, 2015, addressed as follows:

*Via Commercial Delivery Service*

The Honorable Michael Landrum
113th Judicial District Court
Harris County Civil Courthouse
201 Caroline, 10th Floor
Houston, Texas 77002
Telephone: (713) 368-6113

*Via Email*

David R. Clouston
Leslye Moseley
Sessions Fishman Nathan & Israel LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
dclouston@sessions-law.biz
lmoseley@sessions-law.biz

*Attorneys for Jonathan Friedlander, Equity Highrise, Inc.,*
*Scott Gann, Lazy Bear LLC, Lee Bear LLC, Sun Bear LLC,*
*OSO Capital LLC and Joseph Lee*

Mark S. Hellinger
The Hellinger Law Firm
12 Greenway Plaza, Suite 1100
Houston, Texas 77046
mhellinger@hellingerlawfirm.com

*Attorney for Jonathan Camarillo and The Jonathan Camarillo Trust*

J. Randle Henderson
16506 FM 529, Suite 115-107
Houston, Texas 77095
jrh@hendersonrandy.com

*Attorney for Sano Holdings, Inc., Kay Holdings, Inc., William W. Bartlett, Jr.,
Kevin Lisman, Thomas Hudson, The Brompton Group NA, LLC, Jeff Lamont
Robert Klinek, Susan Pack, Lance Baral, Lawrence Isen and the Isen Trust*

Kevin T. Kennedy
4550 Post Oak Place, Suite 210
Houston, Texas 77027
k.t.p.kennedy@gmail.com

*Attorney for Babak Daghighi and Luxeyard, Inc.*

Charley Davidson
Anthony L. Laporte
Hanszen Laporte, LLP
11767 Katy Freeway, Suite 850
Houston, Texas 77079
cdavidson@hanszenlaporte.com
alaporte@hanszenlaporte.com

*Attorneys for Mark Trotter*

Jonathan D. Neerman
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
jneerman@jw.com

*Attorneys for Apex Clearing Corporation*

4

Arthur Gollwitzer, III
Michael Best & Friedrich LLP
12600 Hill Country Blvd., R-275
Austin, Texas 78738
agollwitzer@michaelbest.com

*Attorney for Wilson-Davis & Co.*

Blaire Bruns Johnson
Edison McDowel Hetherington LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
blaire.johnson@emhllp.com

*Attorney for Acadia Holding Corporation*

Tommy Allen
631 Cypresswood Ln.
Spring, Texas 77373
tallen2112@yahoo.com

*Defendant, Pro se*

/s/ Jason M. Hopkins
Jason M. Hopkins